UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


GREAT NORTHERN INSURANCE CO.            CIVIL NO. 11-1303 (DRD)
As subrogee of Juan A. Rodriguez Vila and
Iwalani Rodriguez

Plaintiff

Vs.

EL LEGADO PROPERTY MANAGEMENT            Re: NEGLIGENCE, BREACH OF
COMPANY, INC.; EL LEGADO DE CHI CHI          CONTRACT, & BREACH
RODRIGUEZ GOLF RESORT, INC.;                 OF WARRANTY
EL LEGADO DE CHI CHI RODRIGUEZ
GOLF RESORT, (SC) SE; EL LEGADO
HOMEOWNER'S ASSOCIATION, INC, and
EL LEGADO CONDOMINIUM, REGIME I

Codefendants
_____

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW REAL LEGACY ASSURANCE COMPANY, INC, through the

undersigned counsel and without submitting to this Honorable Court`s jurisdiction, respectfully

set forth and pray:

REAL LEGACY ASSURANCE COMPANY, INC, has appointed the undersigned

counsel to represent it in the instant case.

WHEREFORE, it is respectfully requested from this Honorable Court to note the

aforementioned.

RESPECTFULLY SUBMITTED.

In San Juan,  Puerto Rico this 11th day of January, 2012.

2.

S/ ERNESTO R. IRIZARRY
**ERNESTO R. IRIZARRY**
USDC-PR   No. 126702
Attorney for
REAL LEGACY ASSURANCE COMPANY, INC.
**E R N E S T O  R .  I R I Z A R R Y**
            **A t t o r n e y s  A t  L a w**
**Capital Center South Tower Suite 702**
P. O. Box  363331
San Juan, P. R. 00936-3331
Tel. (787)  771-0200
Fax  (787)  767-0708
e-mail: erilaw@prtc.net / lawfirm@prtc.net
http://www.ernestoririzarryattorneys.com/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has

been filed electronically with the Clerk of the Court via CM/ECF system which will send

notification of such filing via e-mail to all the attorneys of record.


S/ ERNESTO R. IRIZARRY
**ERNESTO R. IRIZARRY**