**Financial Log Results**

Found: 1 Displaying: 1 - 1

| Search Results for Claim Number: 040510055305 | | | | | |
|---|---|---|---|---|---|
| **Financial Type:** | Payment | | | **Check Amt:** | 403,008.00 USD |
| **Group Status:** | Posted | **Issue Date:** 10/18/2010 | | **Payable To:** | Juan A. Rodrigue |
| **Performer:** | Nyleptha Velez-Caballero | | | **Payment Method:** | Regular |
| **Check Number:** | 000006199310 | | | | |
| **Financial Ctgy /** | **Claimant/Line /** | **Svc/Benefit** | **Start Date** | **Check Detail** | **Amt** |
| LOSS PAID | 01-0 Chi Chi Roc | | | | 403,008.0 |



Modify Search / Show Totals

**P090**

http://claimws.chubb.com/CHUBB.Claims/Financial/FinancialLog/FinancialLogSearch.a...    09/14/2011

| POLICY NUMBER<br>10989071-03 | SWORN STATEMENT<br>IN<br>PROOF OF LOSS | Amount of Policy<br>$403,008 | |
|---|---|---|---|
| AGENT<br>Seibert-Keck Insurance<br>Agency, Inc. | TO | ISSUED<br>01/25/2010 | EXPIRES<br>01/25/2011 |



To the Great Northern Insurance Company. At time of loss by the above referenced policy of insurance you insured against loss to the property described according to the terms and conditions of the aforementioned policy and all forms, endorsements, transfers and assignments attached thereto.

**1. Time and Origin:**     A theft occurred about the hour of 2:00am on the 19th day of May of 2010. The cause and origin of the said loss was: Theft of scheduled items during an armed robbery.

**2. Occupancy:**     The building described, or continuing the property described, was occupied at the time of the loss as follows, and for no other purposes whatever: All the Scheduled Jewelry under the Itemized Articles coverage.

**3. Title and Interest:**     At the time of the loss the interest of your insured in the property described therein was our own. No other person or persons had any interest therein or encumbrance thereon, except.

**4. Changes:**     Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except:

**5. Total Insurance:**     The total amount of insurance upon the property described by this policy was, at the time of the loss $403,008, as more particularly specified in the above referenced policy, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

**6. The Gross Amount Claimed** of said property at the time of the loss was:     $403,008.00

**7. Less the policy Deductible** of:     $0.00

**8. The Net Amount Claimed** under the above numbered policy is:     $403,008.00

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of _Puerto Rico_          Insured Signature X _____
County of _Bayamón_          Insured Signature X _____

Subscribed and sworn to, before me this: __13__ day of __October__, 20_10_

X _____ Notary Public.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

P091

040510055305

# SUBROGATION RECEIPT

RECEIVED OF THE Great Northern Insurance Company, the sum of Four Hundred Three Thousand Eight Dollars ($403,008.00) in full settlement of all claims and demands of the undersigned for loss and damage by theft to all the Scheduled Jewelry Itemized Articles occurring on the 19th day of May AD 2010 to the property described in Policy Number 10989071-03 issued through the Seibert-Keck Insurance Agency.

In consideration of and to the extent of said payment the undersigned hereby subrogates said Insurance Company, to all of the rights, claims and interest which the undersigned may have against any person or corporation liable for the loss mentioned above, and authorizes the said Insurance Company to sue, compromise or settle in the undersigned's name or otherwise all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of such claims in the name of the undersigned, with the same force and effect as if the undersigned executed or endorsed them.

Warranted no settlement has been made by the undersigned with any person or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss and that no such settlement will be made nor release given by the undersigned without the written consent of the said Insurance Company and the undersigned covenants and agrees to cooperate fully with said Insurance Company in the prosecution of such claims, and to procure and furnish all papers and documents necessary in such proceedings and to attend court and testify if the Insurance Company deems such to be necessary but it is understood the undersigned is to be saved harmless from costs in such proceedings.

In Witness whereof _____ hereto set _____ signature and/or seal this _____ day of _____ 20 _____ .

WITNESS:

_____ (L.S.)

BY _____
OFFICER

(Notarization to be completed on losses where local law requires it.)

| FOR INDIVIDUALS | FOR CORPORATIONS |
|---|---|
| STATE OF: Puerto Rico    AFF 13,278    , SS: | STATE OF:    , SS: |
| COUNTY OF: Bayamón | COUNTY OF: |
| ON THE 13 DAY OF October, 2010. | ON THE ___ DAY OF ___, 20 ___. |
| BEFORE ME CAME Juan Rodriguez, Iwalani Rodriguez KNOWN TO BE THE INDIVIDUAL DESCRIBED IN, AND WHO EXECUTED, THE FOREGOING INSTRUMENT, AND ACKNOWLEDGED THAT EXECUTED THE SAME, | BEFORE ME CAME _____ TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID, DEPOSE AND SAY THAT HE RESIDES IN _____; THAT HE IS THE _____ OF _____ THE CORPORATION DESCRIBED IN AND WHICH EXECUTED, THE FOREGOING INSTRUMENT; THAT HE KNOWS THE SEAL OF SAID CORPORATION; THAT THE SEAL AFIXED TO SAID INSTRUMENT IS SUCH CORPORATE SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND, THAT HE SIGNED HIS NAME THERETO BY LIKE ORDER. |
| _____ NOTARY | _____ NOTARY |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.