UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREAT NORTHERN INSURANCE CO.         CIVIL NO. 11-1303 (DRD)
As subrogee of Juan A. Rodriguez Vila and
Iwalani Rodriguez

Plaintiff

Vs.

EL LEGADO PROPERTY MANAGEMENT    Re: NEGLIGENCE, BREACH OF
COMPANY, INC.; EL LEGADO DE CHI CHI        CONTRACT, & BREACH
RODRIGUEZ GOLF RESORT, INC.;             OF WARRANTY
EL LEGADO DE CHI CHI RODRIGUEZ
GOLF RESORT, (SC) SE; EL LEGADO
HOMEOWNER'S ASSOCIATION, INC, and
EL LEGADO CONDOMINIUM, REGIME I

Codefendants
_____

**MOTION FOR EXTENSION OF TIME UNTIL 3/26/2012 TO FILE
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR
RELIEF UNDER RULE 56 (D) (Docket No. 54)**

TO THE HONORABLE COURT:

COMES NOW REAL LEGACY ASSURANCE COMPANY, INC, through the

undersigned counsel and <u>without submitting to this Honorable Court`s jurisdiction</u>, respectfully

sets forth and prays:

1.     Plaintiff filed a Motion For Relief Under Rule 56 (D), in response to the motion to

dismiss pursuant to Fed. Civ. R. 12(b)(6) filed by Real Legacy Assurance Company, Inc. in the

case at bar.  (See Docket No. 54).  Plaintiff has not opposed Real Legacy's motion to dismiss.

Instead, plaintiff requests an order for relief, to do discovery pursuant to Fed. Civ. R. 56 (D).

2.     The undersigned has been working non stop for the last two weeks in other cases,

in which motions and other writings have become due or will become due during next week.

2.

WHEREFORE, Real Legacy very respectfully requests from this Honorable Court to

grant it until 3/26/2012 to respond to plaintiff's motion at Docket 54.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 16th day of March, 2012.

*S/Ernesto R. Irizarry*
**ERNESTO R. IRIZARRY**
USDC-PR   No. 126702
Attorney for
REAL LEGACY ASSURANCE
COMPANY, INC.
**E R N E S T O  R .  I R I Z A R R Y**
**A t t o r n e y s  A t  L a w**
**Capital Center South Tower Suite 702**
P. O. Box  363331
San Juan, P. R. 00936-3331
Tel. (787)  771-0200
Fax  (787)  767-0708
e-mail: erilaw@prtc.net / lawfirm@prtc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has

been filed electronically with the Clerk of the Court via CM/ECF system which will send

notification of such filing via e-mail to all the attorneys of record.

*S/ ERNESTO R. IRIZARRY*
**ERNESTO R. IRIZARRY**