UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO.<br>As subrogee of Juan A. Rodriguez Vila and<br>Iwalani Rodriguez<br><br>Plaintiff<br><br>Vs.<br><br>EL LEGADO PROPERTY MANAGEMENT<br>COMPANY, INC.; EL LEGADO DE CHI CHI<br>RODRIGUEZ GOLF RESORT, INC.;<br>EL LEGADO DE CHI CHI RODRIGUEZ<br>GOLF RESORT, (SC) SE; EL LEGADO<br>HOMEOWNER'S ASSOCIATION, INC, and<br>EL LEGADO CONDOMINIUM, REGIME I<br><br>Codefendants | CIVIL NO. 11-1303 (DRD)<br><br><br><br><br><br><br>Re: NEGLIGENCE, BREACH OF<br>     CONTRACT, & BREACH<br>     OF WARRANTY |

## MOTION TO SET ASIDE DEFAULT
## AT DOCKET 28; AND ORDER AT DOCKET 48

TO THE HONORABLE COURT:

COMES NOW REAL LEGACY ASSURANCE COMPANY, INC, through the undersigned counsel and <u>without submitting to this Honorable Court`s jurisdiction</u>, respectfully sets forth and prays:

1.      Plaintiff filed a Motion for default against the El Legado Property Management Company, Inc., El Legado de Chi Chi Rodriguez Golf Resort, SC SE, and El Legado de Chi Chi Rodriguez Golf Resort, Inc., which was granted by the Clerk of this Honorable Court.  (See Docket No. 28).

2.      On 1/18/2012 plaintiff filed a motion for default judgment against the aforementioned named defendants.  Its motion for default judgment is based upon the allegations

2.

of the first complaint filed in the case, in which Real Legacy was not named as defendant.  (See Docket No. 37).

3. On 1/18/2012, plaintiff filed an amended complaint, including Real Legacy in its allegations, as presumably liable for the negligence of the named defendant entities.  (See Docket No. 42).

4. On 1/23/2012 this Honorable Court entered order at Docket 48, holding in abeyance <u>for thirty days</u> plaintiff's motion for default judgment (Docket 37), "in light of Real Legacy's concerns regarding coverage".  And instructed the parties to further clarify the coverage issue within that period of time.

5. On 1/31/2012 Real Legacy filed a motion to dismiss for lack of insurance coverage pursuant to Fed. R. Civ. P. 12(b)(6), enclosing a certified true copy of the insurance policy issued by Real Legacy, including the Declarations contained in the policy, in addition to an affidavit duly subscribed by Ms. Glorianna Alvarez Vicente, Commercial Lines Underwriter for Real Legacy, which states that there is no coverage as to any of the named defendants in the case at bar, neither for the allegations thereby.  (See Docket No. 49).  Plaintiff filed a motion for relief under Fed. R. Civ. P. 56(b).  (See Docket No. 54).

6. At the time plaintiff filed its motion for default (Docket No. 27), Real Legacy was not a named defendant in the instant case, nor had any knowledge or control over any of the aforementioned named defendants.  Should this Honorable Court grant plaintiff's motion for default judgment, it would definitely constitute an unfair burden for Real Legacy to defend its rights, in case this Honorable Court finds that there is coverage as to any of them.

WHEREFORE, it is respectfully requested from this Honorable Court, to deny plaintiff's

3.

motion for default judgment at Docket No. 37, set aside the order entered at Docket No. 48, and set aside the default entered at Docket No. 28.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 20th day of March, 2012.

*S/Ernesto R. Irizarry*
**ERNESTO R. IRIZARRY**
USDC-PR   No. 126702
Attorney for
REAL LEGACY ASSURANCE COMPANY, INC.
**E R N E S T O  R .  I R I Z A R R Y**
    **A t t o r n e y s  A t  L a w**
**Capital Center South Tower Suite 702**
P. O. Box  363331
San Juan, P. R. 00936-3331
Tel. (787)  771-0200
Fax  (787)  767-0708
e-mail: erilaw@prtc.net / lawfirm@prtc.net
http://www.ernestoririzarryattorneys.com/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing via e-mail to all the attorneys of record.

*S/Ernesto R. Irizarry*
**ERNESTO R. IRIZARRY**