UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GREAT NORTHERN INSURANCE COMPANY,** as subrogee of Juan A. Rodriguez Vila and Iwalani Rodriguez<br><br>**Plaintiff**<br><br>v.<br><br>**EL LEGADO PROPERTY MANAGEMENT COMPANY, INC.**<br><br>and<br><br>**EL LEGADO DE CHI CHI RODRIGUEZ GOLF RESORT, INC.**<br><br>and<br><br>**EL LEGADO DE CHI CHI RODRIGUEZ GOLF RESORT, (SC) SE**<br><br>and<br><br>**EL LEGADO HOMEOWNER'S ASSOCIATION, INC.,**<br>and **EL LEGADO CONDOMINIUM, REGIME I**<br><br>**Defendants** | Civil Action No. 11-01303-(DRD)<br><br><br>RE: NEGLIGENCE, BREACH OF CONTRACT, & BREACH OF WARRANTY |

**REQUEST TO BE EXCUSED FROM PARTICIPATING
IN INITIAL SCHEDULING CONFERENCE**

COMES NOW Carlos E. Rodriguez Quesada, Esq., counsel for EL LEGADO HOMEOWNER'S ASSOCIATION, INC., and respectfully avers and prays:

The ISC in the captioned proceeding was scheduled to be held on April 16, 2012. On April 13, the Court issued an order rescheduling the ISC for April 23, 2012.

The undersigned counsel is a member of the Puerto Rico Air National Guard. On

April 23, 2012, I will be performing military duties in Milwaukee, Wisconsin. Copies of the orders are attached.

Although we had available the initial date, in view of the change in date, we had no time to get hold of a brother counsel to substitute me in the ISC. We are still making various contacts and a phone call to secure the HOA is represented through another attorney.

**WHEREFORE**, Carlos E. Rodriguez Quesada, Esq. respectfully requests from this Honorable Court to excuse our presence in the Initial Scheduling conference scheduled for April 23, 2012.

**I HEREBY CERTIFY** that a copy of the foregoing motion was filed with the clerk of the US District Court for the District of Puerto Rico electronically using the CM/ECF system, which automatically serves notification upon counsel for Plaintiff.

San Juan, Puerto Rico, this 19th day of April 2012.

/s/CARLOS E. RODRIGUEZ QUESADA, ESQ.
USDC-PR# 124810
PO BOX 9023115
San Juan, PR 00902-3115
TEL. (787)724-2367 FAX (787)724-2463
cerqlaw@coqui.net

```
                     PUERTO RICO AIR NATIONAL GUARD
               HEADQUARTERS PUERTO RICO AIR NATIONAL GUARD (ACC)
                           100 GENERAL ESTEVES ST.
                          STOP 3 1/2 PUERTA DE TIERRA
                            SAN JUAN   90121-0400

                  Personnel Data - Privacy Act of 1974 (5 USC 552a)

SPECIAL ORDER A-1000065                                        10 Mar 2012
FINANCE NUMBER 14WUS8
AROWS TRACKING NUMBER 4090631


1.  TYPE OF DUTY / AUTHORITY: ACTIVE DUTY FOR OPERATIONAL SUPPORT ADOS
    (TITLE 32) 32 USC 502(F)(2)

2.  PURPOSE: Conference Attendance

3.  This is a pay only order. Travel authorization will be completed using
    Defense Travel System (DTS). Submit travel claim via DTS within 5
    workdays.

4.  ADDRESSING:
    BRIG GEN, RODRIGUEZ, CARLOS, E, ███████████, K82IFMMK
    ███████████████████ SAN JUAN PR 00901-0000

5.  ITINERARY: 23 Apr 2012 - 26 Apr 2012 (4 WK-DY, 4 CAL-DY)
    Transportation:
    FROM: ███████████████████, SAN JUAN, PR 00901-0000
    TO: NATIONAL GUARD BUREAU, HILTON MILWAUKEE CITY CENTER, 509 W.
    WISCONSIN AVENUE, MILWAUKEE, WI 53203-0000
    RETURN TO: ███████████████████, SAN JUAN, PR 00901-0000

6.  By direction of the governor of this state the member will perform duty
    as indicated.

7.  Members are required to keep in their possession, at all times, a copy
    of this order.

8.  Activation Information
    AERO Rating: No
    Flying Status: No
    UTC: 9AAGG
    Mobilization Authorization Number: 000000000000000
    CMAS: 9999999
    Command Code: 1C
    Mean Code: 848
    Man Day ID: 9999999999
    Tour Indicator: ANG EXECUTIVE SAFETY SUMMIT 2012
    Reserve Active Duty Reason: M - TITLE 32 (ANG)
    Executive Order: 32000A - TITLE 32 ST/ADOS/FTNGD (N/A TO AGR CD)

9.  Per AFI 24-101, Government procured transportation directed; contact
    your Commercial Travel Officer (CTO) or Traffic Management Office (TMO)
    as soon as possible unless otherwise exempted.  If you do not execute
    these orders, immediately, turn in ticket(s) to the issuing TMO or CTO
    in person, or by certified mail.

10. Government procured tickets will be purchased using an Individually
    Billed Account (IBA)

11. When TDY to military installations per diem is based on the
    availability of government quarters and mess (military only).  If
    on-base lodging is not available, the lodging office will make
    reservations in contract quarters or provide a non-availability
    statement.
```

A-1000065, HEADQUARTERS PUERTO RICO AIR NATIONAL GUARD, 10 Mar 2012

12. For lodging reservations contact your CTO/TMO.

13. Lodging/transportation/rental vehicle receipts are required and other receipts for expenses $75.00 and over.

14. The Travel and Transportation Reform Act of 1998 stipulates that the Travel Card will be used by all U.S. Government personnel, civilian and military, to pay for costs incident to official Government travel unless specifically exempt. (DOD FMR Vol 9 chapter 3 and Interim Guidance dated 11 April 2011).

15. Member has applied for but has not received the card. Travel advance may be authorized.

16. A certified pay order with all associated modifications must be submitted to Military Pay within 5 working days after the end of the tour for payment processing.

17. Member may be entitled to BAH I

18. Officer is entitled to BAS type N

19. Department of Defense organizations requiring order validation, please contact the AROWS Help Desk at 1-877-486-2538.

20. USE OF THESE MANDAYS/DOLLARS IS CONDITIONAL UPON SIGNATURE OF THE FY12 DEFENSE APPROPRIATION BILL OR A CONTINUING RESOLUTION ACT (CRA)

21. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS). Submit travel claim via DTS within 5 workdays.

22. CERTIFICATION: WUC: OP Perstempo: H
    Fund Cite:
    P&A   5723850 562 4156 54203/04 380100

    CIC: n/a
    Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
    Certifying Official: /s/ CAPT CARLOS J VERA /s/

23. AUTHENTICATION:


    BY ORDER OF THE GOVERNOR / COMMANDING GENERAL


     /S/OFFICIAL/S/

    JUAN C. GARCIA, COL, PRANG, DIRECTOR OF PERSONNEL
    DISTRIBUTION: F
    Commander